UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK LYBARGER, | : | CIVIL ACTION NO. 3:CV-14-0101 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| LAUREL HARRY, Superintendent, | : | |
| Respondent | : | |

**ORDER**

**AND NOW, THIS 23rd DAY OF JANUARY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**